UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORBERTO SANCHEZ LIZARRAGA,<br><br>Defendant. | **UNSEALING ORDER**<br><br>S4 23 Cr. 209 (VEC) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Alexandra S. Messiter and Matthew Weinberg;

It is found that the Superseding Indictment in the above-captioned action, S4 23 Cr. 209, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       April 30, 2024

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE