USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,               :
                                          :
                 -against-                :
                                          :
  NORBERTO SANCHEZ LIZARRAGA,             :     23-CR-209 (VEC)
                                          :
                          Defendant.      :     ORDER
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 30, 2024, the Court unsealed the Superseding Indictment against Mr. Lizarraga;

    IT IS HEREBY ORDERED that the arraignment in this matter is scheduled for **Wednesday, May 8, 2024 at 11:00 A.M.** in Courtroom **443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: April 30, 2024**
**New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**