```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :
                                            :
                -against-                   :
                                            :
NORBERTO SANCHEZ LIZARRAGA,                 :        23-CR-209 (VEC)
                                            :
                              Defendant.    :        ORDER
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 30, 2024, the Court unsealed the Superseding Indictment against Mr. Lizarraga; and

WHEREAS the Court scheduled an arraignment in this matter initially for Wednesday, May 7, 2024 at 11:00 A.M.

IT IS HEREBY ORDERED that the arraignment in this matter is scheduled for **Thursday, May 23, 2024 at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  May 7, 2024**                                    _____
**        New York, New York**                            **VALERIE CAPRONI**
                                                          **United States District Judge**