```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

NORBERTO SANCHEZ LIZARRAGA,       23-CR-209 (VEC)

                     Defendant.       ORDER
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 30, 2024, the Court unsealed the Superseding Indictment against Mr. Lizarraga; and

    WHEREAS the Court scheduled an arraignment in this matter for Thursday, May 23, 2024 at 11:00 A.M.

    IT IS HEREBY ORDERED that the arraignment in this matter is ADJOURNED to **Tuesday, May 28, 2024 at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: May 22, 2024
       New York, New York

                                                **VALERIE CAPRONI**
                                                United States District Judge