```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
             -against-                   :
                                         :
NORBERTO SANCHEZ LIZARRAGA,              :    23-CR-209 (VEC)
                                         :
                         Defendant.      :    ORDER
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 6, 2024, the parties informed the Court that the conference scheduled for Friday, August 9, 2024 will be a change of plea hearing; and

WHEREAS a status conference is scheduled for **Friday, August 9, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS HEREBY ORDERED that the change of plea hearing is ADJOURNED to **Friday, August 9, 2024** at **9:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  August 6, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**