```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
             -against-                   :
                                         :
NORBERTO SANCHEZ LIZARRAGA,              :    23-CR-209 (VEC)
                                         :
                        Defendant.       :    ORDER
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the defendant appeared before the Court for a plea hearing on Friday, August 9, 2024 at 9:30 A.M.; and

WHEREAS the Court did not accept the plea.

IT IS HEREBY ORDERED that a plea hearing is scheduled for **Friday, August 16, 2024** at **11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded for the period between August 9, 2024 and August 16, 2024, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by allowing the defendant to better understand the plea agreement, and that interest outweighs the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date:  August 9, 2024**
      **New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**