```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
NORBERTO SANCHEZ LIZARRAGA,                :     23-CR-209 (VEC)
                                           :
                        Defendant.         :     ORDER
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the plea hearing is scheduled for Friday, August 16, 2024 at 11:00 A.M.

IT IS HEREBY ORDERED that the plea hearing is rescheduled for **Tuesday, August 13, 2024** at **9:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: August 9, 2024
      New York, New York

_____
**VALERIE CAPRONI
United States District Judge**