USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | |
| NORBERTO LIZARRAGA SANCHEZ, | : | 23-CR-209 (VEC) |
| Defendant. | : | ORDER |

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 13, 2024, Mr. Sanchez appeared for a change-of-plea hearing, during which Mr. Sanchez pled guilty to a lesser included charge of Count One.

IT IS HEREBY ORDERED that Mr. Sanchez must appear for sentencing on **November 26, 2024**, at **10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **November 12, 2024**.

**SO ORDERED.**

Date:  August 13, 2024
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**