UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2026____
```

------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
        -against-                            :        23-CR-209 (VEC)
                                             :
NORBERTO SANCHEZ LIZARRAGA,                  :        ORDER
                                             :
                         Defendant.          :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Sanchez Lizarraga mailed a collection of letters to the Court, Dkt. 126;

WHEREAS the Court had these letters translated from Spanish to English;

WHEREAS these letters are not styled as a request for habeas relief;

WHEREAS a request for habeas relief would be time-barred pursuant to the one-year limitations period of 28 U.S.C. § 2255(f)(1), which runs from the date on which the judgment of conviction becomes final, here January 27, 2025, *see* Dkt. 119;

WHEREAS these letters could be interpreted as a request for compassionate release;

WHEREAS a motion for compassionate release brought by a defendant requires that defendant to exhaust all administrative rights to appeal a failure of the Bureau of Prisons to bring such a motion on the defendant's behalf (or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility), pursuant to 18 U.S.C. § 3582(c)(1)(A); and

WHEREAS Mr. Sanchez Lizarraga has not alleged that he exhausted his administrative remedies, *see* Dkt. 126.

IT IS HEREBY ORDERED that if he wishes to bring a motion for compassionate release, Mr. Sanchez Lizarraga must first exhaust his administrative remedies.  If a motion for

compassionate release is filed and administrative exhaustion is properly alleged, then the Court will set a briefing schedule for the Government to respond.

IT IS FURTHER ORDERED that Mr. Sanchez Lizarraga's (1) claim of fear for his life if he is deported to Mexico and (2) request regarding his wife's immigration status must be addressed to the immigration authorities via proper channels.  This Court has no authority over these matters.  Mr. Sanchez Lizarraga is also reminded that, as stated in the Court's July and August Orders at Dkts. 123 and 125, which were mailed to Mr. Sanchez Lizarraga, the Court lacks the authority to compel the Bureau of Prisons to transfer him to another facility. Mr. Sanchez Lizarraga should speak with his unit team about transfer options or, alternatively, grieve his current designation through the Bureau of Prisons' administrative remedy process.

The Clerk of Court is respectfully directed to mail this Order to Mr. Sanchez Lizarraga, 12535-511, FCI Loretto, P.O. Box 1000, Cresson, PA 16630.

**SO ORDERED.**

**Date:  May 12, 2026**
   **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2