USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -against- NORBERTO SANCHEZ LIZARRAGA, Defendant. | : | 23-CR-209 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 27, 2025, Mr. Lizarraga was sentenced to a term of imprisonment of ten years, *see* Dkt. 119;

WHEREAS on July 13, 2026, Mr. Lizarraga filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Dkt. 133; and

WHEREAS the Court has considered the record in this case.

IT IS HEREBY ORDERED that Mr. Lizarraga is ineligible for a sentence reduction pursuant to Amendment 821 because he was sentenced under the 2023 Sentencing Guidelines, *see* Revised Final Presentence Investigation Report, Dkt. 117 at ¶ 5(A)(1). At the time of his sentence, Mr. Lizarraga already received the benefit of Amendment 821. *Id.* at ¶ 37 (reducing the offense level by two levels as Mr. Lizarraga is technically a zero-point offender). In addition to relying on Amendment 821, Mr. Lizarraga uses his motion to attempt to relitigate the facts of the offense, to no avail. *Compare* Dkt. 133 at 9 ("There were no agreements or knowledge of the purpose of the transaction.") *with* August 13, 2024, Plea Hr'g Tr. at 6 (Mr. Lizarraga testifying to an agreement). Mr. Lizarraga was correctly deemed ineligible for a role adjustment under the Sentencing Guidelines. *See, e.g.*, Dkt. 117 at ¶¶ 22, 32; *see also* Sentencing Hr'g Tr., Dkt. 120 at

16 (“[Co-defendant] was lower in this particular drug organization than this defendant.”). Mr. Lizarraga was sentenced to a term below the Sentencing Guidelines range of 135 to 168 months’ imprisonment. *See* Dkt. 120 at 17–18 (“I find that the guideline sentence is a little longer than necessary to achieve the goals of sentencing, and, therefore, I am varying downwards from the guideline range.”). A further reduction to his sentence is simply not warranted.

IT IS FURTHER ORDERED that Mr. Lizarraga is not entitled to appointed counsel, *see* Dkt. 133 at 11–13, as his claims are frivolous.

**SO ORDERED.**

**Date: August 14, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**