# UNITED STATES DISTRICT COURT

for the

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2026

United States of America
v.
Norberto Sanchez Lizarraga

Case No: 23-cr-209-2
USM No: 12535-511

Date of Original Judgment: 01/27/2025
Date of Previous Amended Judgment: ______
*(Use Date of Last Amended Judgment if Any)*

______ *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______ months **is reduced to** ______ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/27/2025 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 08/14/2025

Valerie Caproni
*Judge's signature*

Effective Date: ______
*(if different from order date)*

Valerie Caproni, United States District Judge
*Printed name and title*