**MEMO ENDORSED**


# WL| Wright Law
ATTORNEY AT LAW

100 Pearl Street, Suite 1801
New York, NY 10004
Office (212) 822-1419 • Facsimile (212) 822-1463
wrightlawnyc@gmail.com


October 27, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/29/2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States* v. *Norberto Sanchez Lizarraga 23-CR-00209 (VEC)***

Dear Judge Caproni:

On September 24, 2026, the Court re-appointed me as Criminal Justice Act (CJA) counsel for Norberto Sanches Lizarraga to ascertain whether the defendant wants to file a motion regarding his plea and/or sentence. *See* ECF No. 136. The Court further ordered that I update the Court by October 30, 2026.

Mr. Lizarraga is incarcerated at a Federal prison in Pennsylvania and I am in engaged in ongoing discussions with him about the nature and viability of any possible motions. I am also presently on trial in the U.S. District Court, EDNY, Judge LaShann DeArcy Hall in the matter of *US v. Erick Galdamez Leon* (DK #20-CR-228), and need more time to discuss the matter with Mr. Lizarraga.

I write today to respectfully request a short extension of time to update the Court about Mr. Lizarraga's intentions regarding any possible motions until November 13, 2026. The instant request is made with the gracious consent of the government.

Sincerely,
/s/
Christopher Wright

Cc: ASUA Alexandra Messiter

Application GRANTED.

SO ORDERED.

Valerie Caproni
10/29/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE