MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

WL| Wright Law
ATTORNEY AT LAW

100 Pearl Street, Suite 1801
New York, NY 10004
Office (212) 822-1419 • Facsimile (212) 822-1463
wrightlawnyc@gmail.com

November 13, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States* v. *Norberto Sanchez Lizarraga 23-CR-00209 (VEC)***

Dear Judge Caproni:

I write today to update the Court regarding the possibility of any post-conviction motions that may be filed on behalf of Norberto Sanchez Lizarraga. Mr. Lizarraga is incarcerated at a Federal prison in Pennsylvania and I am in engaged in ongoing discussions with him and his family about possible next steps.

As I previously informed the Court, I am engaged on trial in the U.S. District Court, EDNY, Judge LaShann DeArcy Hall in the matter of *US v. Erick Galdamez Leon* (DK #20-CR-228) who is charged with murder along with other charges. I will need some additional time to explore any potential relief that Mr. Lizarraga could avail himself of. My present trial will be over by December 11, 2026, and would like a date after that to more fully update the Court about possible motions.

I therefore respectfully request an extension of time to update the Court concerning the necessity of any post-conviction motions until December 18, 2026 The instant request is made with the gracious consent of the government.

Application GRANTED.

SO ORDERED. 11/20/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Sincerely,
/s/
Christopher Wright

Cc: ASUA Alexandra Messiter